## IN THE UNITED STATES DISTRICT COURTS FOR THE DISTRICT COURT OF ARIZONA

1

2   Marco A. Jimenez, Plaintiff,          CV-21-01579-PHX-MTL (JZB)

3   -v-

4   M.C.S.O., Paul Penzone, et., all, Defendants,

5   This is a "Class Action" Lawsuit against the Sherriff's department under a

6   Paul Penzone and his staff members for "Abuse of Power, Cruel &

7   Unusual Punishment for unnecessary lockdown and imprisonment

8   Methods & wrongful supplementations and feeding of less than 2000 calories

9   per day, meaning that all of the inmates are not getting feed properly their

10  2000 calorie diet or at least not getting feed three hot meals a day...

11  And all other abuses of powers...Against all of the inmates from the time the

12  new Sherriff was admitted to current toward all of the inmates being housed in

13  the Maricopa county jail system...

14  At this time what is recommended is that the Judge recommend a special audit

15  and investigation be brought forth to further research this and fix this major

16  problem. As in this special audit and investigation, this case will be proven and

17  then there will be brought justice and the rights of the accused will be brought

18  back and all of our Constitutional Rights will the be returned to us all.  Amen.

19  Sincerely see attached file as in the signitures...

20  [signature]

2230 N. 23Rd STREET
PHX, AZ 85006

FILED ✓   LODGED
RECEIVED   COPY

SEP 0 9 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

1

8/18/21   Sincerely, X Marco Antonio Jimenez   8/18/21
Jesus Joel Vargas A X   8/18/21
Juan Manuel Flores Jr X   Juan Flores   8/18/21
Juan Manuel Cardenas   8/18/21
8/18/21   Deborah Mario Ortega JR
Christopher Ortiz   8/18/21
X Marcus Conway   8/18/21
X Matthew Norton   8/18/21
X Nicholas Hauser   8/18/21
X Demetrius Harden   8/18/21
X Gasca, Kristian Vasquez   8/18/21
X Christian Jaime   8/18/21
X Simeon Warren   8/18/21

Terry Taylor   8/18/21

2.