# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Ortiz,<br><br>      Plaintiff,<br><br>v.<br><br>Maricopa County Sheriff's Office, et al.,<br><br>      Defendants. | NO. CV-21-01579-PHX-MTL (JZB)<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 24, 2021, judgment of dismissal is entered. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

                                  Debra D. Lucas
                                  District Court Executive/Clerk of Court

September 24, 2021

                                  s/ D. Draper
                       By   Deputy Clerk